IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN l,DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ABRAR U. HAQUE, et al., | ) | CASE NO.:   4:09 CV 155 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MUKASEY, et al., | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. (ECF # 23). The Report and Recommendation, filed on February 10, 2010, is ADOPTED by this Court (ECF # 23), and Defendants' Motion to Dismiss is GRANTED (ECF # 13).

This matter was referred to Magistrate Judge Baughman for general pretrial supervision, including the preparation of a report and recommendation on dispositive motions (ECF # 10). On February 10, 2010, Magistrate Judge Baughman recommended that this Court grant Defendants' Motion, and dismiss this case with prejudice. "Plaintiffs' Consolidated Response In Objection To The Magistrate Judge's Report And Recommendation" was filed on February 24, 2010. (ECF # 24.)

Because objections have been made to the Report and Recommendation, this Court has reviewed this case *de novo*. *See Massey v. City of Ferndale*, 7 F.3d 506 (6th Cir. 1993). After careful evaluation of the record, including the Report and Recommendation and Plaintiffs' Objections, this Court finds the Report and Recommendation to be well-written, well-supported and correct. Accordingly, the Report and Recommendation (ECF # 23) is ADOPTED in its entirety, Defendants' Motion to Dismiss is GRANTED (ECF # 13), and Plaintiffs' Objections

are OVERRULED (ECF # 24).  This matter is hereby DISMISSED WITH PREJUDICE.  This case is TERMINATED.

      IT IS SO ORDERED.

                                /s/Donald C.  Nugent
                                DONALD C. NUGENT
                                United States District Judge

DATED:   March 1, 2010